| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WERLEIN, JR., EWING | 2. Court or Organization<br><br>USDC/SO. DIST. TEXAS | 3. Date of Report<br><br>08/10/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate Judges indicate full- or part-time)<br><br>DISTRICT JUDGE ACTIVE STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial      ☒ Annual      ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>515 RUSK AVENUE, ROOM 9136<br>HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. Director & Vice Chairperson | The Methodist Hospital, Houston, Texas |
| 3. Director | TMH Health Care Group |
| 4. | |
| 5. | |

2006 AUG 17 A 10: 43    FINANCIAL DISCLOSURE    RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Monthly dues exemption for members in government service. | The Petroleum Club, Houston | $ 996.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baker Hughes com. | A | Dividend | | | Gift | 11/03 | K | | Gift to church |
| 2. Union Pacific com. | A | Dividend | K | T | | | | | |
| 3. Halliburton com. | A | Dividend | K | T | | | | | |
| 4. Halliburton com. | A | Dividend | K | T | | | | | |
| 5. BP PLC, ADR | B | Dividend | L | T | | | | | |
| 6. Exxon Mobil com. | C | Dividend | M | T | | | | | |
| 7. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 8. Wal-Mart Stores com. | A | Dividend | K | T | | | | | |
| 9. Exxon-Mobil com. | A | Dividend | K | T | | | | | |
| 10. Intel Corp. com. | A | Dividend | J | T | | | | | |
| 11. Johnson & Johnson, com. | B | Dividend | L | T | | | | | |
| 12. Conoco Phillips, com. | B | Dividend | L | T | | | | | |
| 13. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 14. CNL Retirement Properties REIT | B | Div. | K | R | | | | | See note in Part VIII |
| 15. CNL Hospitality Properties REIT | A | Div. | K | R | | | | | See note in Part VIII |
| 16. MUTUAL FUNDS: | | | | | | | | | |
| 17. Fidelity Spartan MM Fund | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill L. Sr. Floating Rate Fund | A | Dividend | J | T | | | | | |
| 19. Dreyfus Basic Money Mkt Fd | A | Dividend | K | T | | | | | |
| 20. Fidelity Low Price Stk. | E | Dividend | O | T | | | | | |
| 21. Fidelity Contrafund | D | Dividend | N | T | | | | | |
| 22. Fidelity Eq. Income II | D | Dividend | M | T | | | | | |
| 23. Fidelity Mid-Cap Stock | D | Dividend | N | T | | | | | |
| 24. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 25. Assetmark Large-Cap Value | A | Dividend | K | T | Part Sell | 01/19 | J | A | |
| 26. | | | | | Add'l Buy | 04/18 | J | | |
| 27. | | | | | Part Sell | 07/18 | J | A | |
| 28. | | | | | Add'l Buy | 10/17 | J | | |
| 29. Assetmark Large-Cap Growth | | None | K | T | Part Sell | 01/19 | J | A | |
| 30. | | | | | Add'l Buy | 04/18 | J | | |
| 31. | | | | | Part Sell | 07/18 | J | A | |
| 32. | | | | | Add'l Buy | 10/17 | J | | |
| 33. Assetmark Small/Mid-Cap Value | A | Dividend | J | T | Part Sell | 01/19 | J | A | |
| 34. | | | | | Part Sell | 04/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Part Sell | 07/18 | J | A | |
| 36. | | | | | Add'l Buy | 10/17 | J | | |
| 37. Assetmark Small/Mid-Cap Growth | A | Dividend | J | T | Add'l Buy | 01/19 | J | | |
| 38. | | | | | Part Sell | 04/18 | J | | |
| 39. | | | | | Part Sell | 07/18 | J | A | |
| 40. | | | | | Add'l Buy | 10/17 | J | | |
| 41. Assetmark International | C | Dividend | K | T | Part Sell | 01/19 | J | A | |
| 42. | | | | | Part Sell | 04/18 | J | A | |
| 43. | | | | | Add'l Buy | 07/18 | J | | |
| 44. | | | | | Part Sell | 10/17 | J | A | |
| 45. Assetmark Real Estate Securities | B | Dividend | J | T | Part Sell | 01/19 | J | A | |
| 46. | | | | | Part Sell | 04/18 | J | A | |
| 47. | | | | | Part Sell | 07/18 | J | A | |
| 48. | | | | | Add'l Buy | 10/17 | J | | |
| 49. Assetmark Tax-Exempt | B | Dividend | L | T | Add'l Buy | 01/19 | J | | |
| 50. | | | | | Add'l Buy | 04/18 | J | | |
| 51. | | | | | Add'l Buy | 07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Part Sell | 10/17 | J | | |
| 53. Alliance Bernstein Mun. Trust Inc. (MM) | A | Dividend | | | Redeemed | 05/12 | J | | |
| 54. ABN Amro/Veredus Aggr. Growth | | None | J | T | Part Sell | 04/18 | J | A | |
| 55. | | | | | Part Sell | 10/17 | J | A | |
| 56. | | | | | Add'l Buy | 11/28 | J | | |
| 57. American Century Tax-Free Bond | A | Dividend | K | T | Add'l Buy | 04/18 | J | | |
| 58. | | | | | Add'l Buy | 10/17 | J | | |
| 59. | | | | | Add'l Buy | 11/28 | J | | |
| 60. Evergreen Small Cap Value | | None | | | Sell | 04/18 | J | A | |
| 61. Loomis Sayles Global Bond | A | Dividend | K | T | Part Sell | 04/18 | J | A | |
| 62. | | | | | Add'l Buy | 10/17 | J | | |
| 63. | | | | | Add'l Buy | 11/28 | J | | |
| 64. Loomis Sayles Bond Fund Retail | B | Dividend | K | T | Part Sell | 04/18 | J | | |
| 65. | | | | | Add'l Buy | 10/17 | J | | |
| 66. | | | | | Part Sell | 11/28 | J | A | |
| 67. PBHG Clipper Focus | | None | | | Part Sell | 04/18 | J | A | |
| 68. | | | | | Sell | 10/17 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Selected American Shs. Cl. S | A | Dividend | K | T | Part Sell | 04/18 | J | A | |
| 70. | | | | | Add'l Buy | 10/17 | J | | |
| 71. | | | | | Part Sell | 11/28 | J | A | |
| 72. TCW Galileo Select Equities | | None | K | T | Part Sell | 04/18 | J | A | |
| 73. | | | | | Part Sell | 10/17 | J | A | |
| 74. | | | | | Add'l Buy | 11/28 | J | A | |
| 75. Thornburg Internat'l Value | A | Dividend | K | T | Part Sell | 04/18 | J | A | |
| 76. | | | | | Part Sell | 10/17 | J | A | |
| 77. | | | | | Part Sell | 11/28 | J | A | |
| 78. Alliance Bernstein Mun. Trust Inc. (MM) | A | Dividend | | | Redeemed | 05/12 | J | | |
| 79. Federated Mun. Trust MM | A | Dividend | J | T | Buy | 05/12 | J | | |
| 80. Credit Suisse Commod. Return | A | Dividend | J | T | Buy | 04/18 | J | | |
| 81. | | | | | Part Sell | 10/17 | J | A | |
| 82. | | | | | Part Sell | 11/28 | J | A | |
| 83. Oakmark Fund | A | Dividend | K | T | Buy | 10/17 | K | | |
| 84. | | | | | Add'l Buy | 11/28 | J | | |
| 85. TCW Galileo Opportunity Fd. | A | Dividend | J | T | Buy | 04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Part Sell | 10/17 | J | A | |
| 87. | | | | | Part Sell | 11/28 | J | A | |
| 88. Federated Mun. Tr. MM | A | Dividend | J | T | Buy | 05/12 | J | | |
| 89. Bonds and U.S. Treasury Notes: | | | | | | | | | |
| 90. Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 91. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 92. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 93. Merrill Lynch Savings Acct | B | Interest | L | T | | | | | |
| 94. Northern Trust Bank, Houston, checking acct | A | Interest | L | T | | | | | |
| 95. Bank of America, Houston, TX (Accounts) | B | Interest | L | T | | | | | |
| 96. Texas State Bank, Houston, CD | B | Interest | | | Redeemed | 04/08 | L | | |
| 97. Northern Trust Bank, Houston, CD | A | Interest | | | Redeemed | 04/21 | K | | |
| 98. Key Bank, Albany, NY, CD | A | Interest | | | Redeemed | 08/07 | K | | |
| 99. Northern Trust Bank, Houston, CD | B | Interest | | | Redeemed | 04/18 | L | | |
| 100. Nat'l City Bank f/k/a Provident Bank, Cincinnati, CD | D | Interest | L | T | | | | | |
| 101. Republic Bank, Houston, CD | D | Interest | L | T | | | | | |
| 102. Amegy Bank f/k/a Southwest Bank of Texas, Houston, CD | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |
| 104. Compass Bank, Houston, CD | C | Interest | L | T | | | | | |
| 105. Capital One Bank, Glen Allen, VA, CD | C | Interest | L | T | | | | | |
| 106. Intervest Bank, Clearwater, FL, CD | C | Interest | L | T | | | | | |
| 107. Key Bank USA CD | C | Interest | L | T | Buy | 04/08 | L | | |
| 108. REAL ESTATE: | | | | | | | | | |
| 109. Condo-Larimer Co., CO | E | Rent | N | W | | | | | |
| 110. Fractional interest in land, SA White Survey, Galv. Co., TX | A | Rent | J | W | | | | | |
| 111. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 112. IRA Account: Marsico Inv. Fund | | None | L | T | | | | | |
| 113. IRA Account: John Hancock Ind. Retirement Annuity | | None | L | V | | | | | See Note in Part VIII |
| 114. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 118 | E | Dividend | P1 | T | | | | | |
| 115. through 198 are under the discretionary management of | | Interest | | | | | | | |
| 116. a registered investment manager. I have made no | | | | | | | | | |
| 117. withdrawals from this IRA: | | | | | | | | | |
| 118. --Abbott Labs, com. | | | | | Sell | 01/04 | K | E | |
| 119. --Anheuser Busch Cos., com. | | | | | Sell | 01/04 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --J.P. Morgan Chase, com. | | | | | Sell | 01/04 | K | E | |
| 121. --ChevronTexaco Corp., com. | | | | | Sell | 01/04 | K | D | |
| 122. --Citigroup Inc., com. | | | | | Sell | 01/04 | L | F | |
| 123. --Coca Cola Co., com. | | | | | Sell | 01/04 | L | F | |
| 124. --Emerson Electric Co., com. | | | | | Sell | 01/04 | K | B | |
| 125. --Fannie Mae USA, com. | | | | | Sell | 01/04 | K | E | |
| 126. --General Electric, com. | | | | | Sell | 01/04 | L | F | |
| 127. --Intel Corp., com. | | | | | Sell | 01/04 | L | E | |
| 128. --Johnson & Johnson, com. | | | | | Sell | 01/04 | L | E | |
| 129. --Merck & Co., Inc., com. | | | | | Sell | 01/04 | K | E | |
| 130. --News Corp., Ltd. ADS | | | | | Sell | 01/04 | J | D | |
| 131. --News Corp Ltd Vot. Pref ADS | | | | | Sell | 01/04 | J | C | |
| 132. --Nestle S A Reg RG SH ADR | | | | | Sell | 01/04 | K | E | |
| 133. --Norfolk Southern Corp., com. | | | | | Sell | 01/04 | K | D | |
| 134. --Pepsico Inc., com. | | | | | Sell | 01/04 | L | E | |
| 135. --Pfizer Inc., com. | | | | | Add'l Buy | 01/04 | J | | |
| 136. --Procter Gamble Corp., com. | | | | | Sell | 01/04 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Royal Dutch Pete NY Registry Shares | | | | | Sell | 01/04 | K | E | |
| 138. --SunTrust Banks, Inc., com. | | | | | Sell | 01/04 | J | D | |
| 139. --Wal-Mart Stores, Inc., com. | | | | | Sell | 01/04 | K | E | |
| 140. --Walgreen Co., com. | | | | | Sell | 01/04 | L | F | |
| 141. --Bell South, com. | | | | | Sell | 01/04 | K | | |
| 142. --Microsoft Corp., com. | | | | | Sell | 01/04 | K | | |
| 143. --Honeywell Intl., com. | | | | | Sell | 01/04 | J | A | |
| 144. --American Express Co., com. | | | | | Sell | 01/04 | K | D | |
| 145. --BP PLC, ADR | | | | | Sell | 01/04 | K | E | |
| 146. --Exxon Mobil Corp., com. | | | | | Sell | 01/04 | L | E | |
| 147. --Intl. Business Machines, com. | | | | | Sell | 01/04 | K | | |
| 148. --McGraw Hill Co., com. | | | | | Sell | 01/04 | K | E | |
| 149. --United Parcel Svc., com. | | | | | Sell | 01/04 | K | D | |
| 150. --American Internatl Group, Inc., com. | | | | | Sell | 01/04 | K | E | |
| 151. --Wyeth, com. | | | | | Sell | 01/04 | K | E | |
| 152. --Freddie Mac, com. | | | | | Sell | 01/04 | K | C | |
| 153. --Marsh & McLennan Cos., com. | | | | | Sell | 01/04 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Altria Group, com. | | | | | Part Sell | 11/04 | K | E | |
| 155. --Medco Health | | | | | Sell | 01/04 | J | A | |
| 156. --Bank of America, com. | | | | | Sell | 01/04 | K | C | |
| 157. --Colgate Palmolive, com. | | | | | Sell | 01/04 | K | | |
| 158. --Conoco Phillips, com. | | | | | Sell | 01/04 | K | B | |
| 159. --Hospira, com. | | | | | Sell | 01/04 | J | B | |
| 160. --Schwab MM Funds | | | | | | | | | |
| 161. --Americredit Corp., com. | | | | | Buy | 01/04 | L | | |
| 162. --Amern Pwr Conversion CP, com. | | | | | Buy | 01/04 | L | | |
| 163. | | | | | Part Sell | 11/04 | K | A | |
| 164. --Comcast Corp. New Cl. A | | | | | Buy | 01/04 | L | | |
| 165. --Consol. Energy, com. | | | | | Buy | 01/04 | L | | |
| 166. | | | | | Part Sell | 09/19 | L | E | |
| 167. | | | | | Part Sell | 11/02 | K | D | |
| 168. --Golden West Financ, com. | | | | | Buy | 01/04 | L | | |
| 169. --Leucadia Natl Corp., com. | | | | | Buy | 01/04 | L | | |
| 170. --Liberty Media New Series A, com. | | | | | Buy | 01/04 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 171. --MCG Capital, com. | | | | | Buy | 01/04 | L | | |
| 172. . | | | | | Part Sell | 11/03 | K | | |
| 173. --Mercury Genl Corp., com. | | | | | Buy | 01/04 | K | | |
| 174. --NVR Inc., com. | | | | | Buy | 01/04 | L | | |
| 175. --North Fork Bancorp., com. | | | | | Buy | 01/04 | L | | |
| 176. --Key Energy Serv., com. | | | | | Buy | 01/25 | L | | |
| 177. --Knight Ridder Inc., com. | | | | | Buy | 01/25 | L | | |
| 178. --RLI Corp., com. | | | | | Buy | 01/25 | L | | |
| 179. --Telephone & Data Sys., com. | | | | | Buy | 01/25 | L | | |
| 180. --Telephone & Data Sys., special com. shares | | | | | Dividend | 05/13 | K | | spin off--Tel & Data Sys |
| 181. | | | | | Sell | 11/14 | K | | |
| 182. --HomeBanc Corp., com. | | | | | Buy | 01/26 | L | | |
| 183. --Quanta Cap. Holdings, com. | | | | | Buy | 01/26 | L | | |
| 184. --Amern Finl Realty Trust Reit. | | | | | Buy | 01/04 | K | | |
| 185. --Amern Home Mortg. Invt. | | | | | Buy | 01/04 | L | | |
| 186. | | | | | Part Sell | 07/08 | K | A | |
| 187. --Ashford Hospitality TR Reit | | | | | Buy | 01/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Friedman Billings GP New Reit Cl. A | | | | | Buy | 01/04 | L | | |
| 189. --Saxon Capital, New Reit | | | | | Buy | 01/04 | L | | |
| 190. --Highland Hospitality Cp Reit | | | | | Buy | 01/26 | K | | |
| 191. --Discovery Holding Ser. A | | | | | Dividend | 07/20 | J | | spin off- Lib. Media Corp |
| 192. --MortgageIT Holdings, Inc. Reit | | | | | Buy | 06/29 | K | | |
| 193. --Berkshire Hathaway CL B | | | | | Buy | 08/29 | K | | |
| 194. --Petrohawk Energy Corp., com. | | | | | Buy | 09/16 | K | | |
| 195. --ECC Capital Corp., com. | | | | | Buy | 02/17 | K | | |
| 196. --Cintas Corp., com. | | | | | Buy | 11/15 | L | | |
| 197. --Timberland Co., Cl A | | | | | Buy | 11/16 | L | | |
| 198. --Amer. Eagle Outfitters New, com. | | | | | Buy | 12/07 | L | | |
| 199. TRUST NO. 1: (I own no beneficial interest in and receive | F | Dividend | P1 | T | | | | | |
| 200. no income from this Trust or the entries that follow from | | Interest | | | | | | | |
| 201. lines 204 through 249, but it is reportable because I | | | | | | | | | |
| 202. am one of three co-trustees). | | | | | | | | | |
| 203. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 204. --AT&T, com. (includes merged shares & name change of SBC) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 206. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 207. --Burlington Resources, com. | | | | | | | | | |
| 208. --Target Corp., com. | | | | | | | | | |
| 209. --Dean Foods Co, com. | | | | | | | | | |
| 210. --Goodyear, com. | | | | | | | | | |
| 211. --Intel Corp., com. | | | | | | | | | |
| 212. --IBM, com. | | | | | | | | | |
| 213. --Johnson & Johnson, com. | | | | | | | | | |
| 214. --Lucent Tech., Inc., com. | | | | | | | | | |
| 215. --J.P. Morgan Chase, com. | | | | | | | | | |
| 216. --SBC Communications Inc, com. | | | | | Merger | 11/25 | | | Merged w/AT&T (line 203) |
| 217. --Halliburton Co., com. | | | | | | | | | |
| 218. --Eastman Kodak Co., com. | | | | | | | | | |
| 219. --Exxon Mobil, com. | | | | | | | | | |
| 220. --Avaya Inc., com. | | | | | | | | | |
| 221. --Cisco Systems, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Sanmina SCl Corp., com. | | | | | | | | | |
| 223. --Pepsico, Inc., com. | | | | | | | | | |
| 224. --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 225. --Agere Systems, com. Class A | | | | | Rev. split | 05/27 | J | | Formed Agere Systems, Inc. |
| 226. --Agere Systems, com. Class B | | | | | Rev. split | 05/27 | J | | (lines 228 & 229) |
| 227. --Hewlett Packard, com. | | | | | | | | | |
| 228. --Comcast Corp. Class A | | | | | | | | | |
| 229. --Agere Systems, Inc., com. (formerly Class A and | | | | | | | | | |
| 230. Class B, lines 224 & 225) | | | | | | | | | |
| 231. --Treehouse Foods, com. | | | | | Dividend | 06/28 | J | | spin off from Dean Foods |
| 232. --MUTUAL FUNDS-TAX EXEMPT, IN TRUST NO. 1: | | | | | | | | | |
| 233. --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 234. --MORTGAGE & ASSET BACKED SECURITIES IN TRUST NO. 1: | | | | | | | | | |
| 235. --Ginnie Mae Series 2002-70 | | | | | | | | | |
| 236. --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 237. --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 238. --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 240. --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 241. --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 242. --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 243. --Meriden Com. G10 Bonds | | | | | | | | | |
| 244. --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |
| 245. --CASH & CASH EQUIVALENTS IN TRUST NO. 1: | | | | | | | | | |
| 246. --Citibank NA Bank Dep. Program | | | | | | | | | |
| 247. --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |
| 248. --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | | | | | |
| 249. --Vacant land in Kerr Co., TX | | | | | | | | | |
| 250. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend | P1 | T | | | | | |
| 251. lines 254 thru 304 are under the full discretionary | | Interest | | | | | | | |
| 252. management of a registered investment manager. I have made | | | | | | | | | |
| 253. no withdrawals from this IRA: | | | | | | | | | |
| 254. --Fed. Home Ln Mtg Corp Notes | | | | | | | | | |
| 255. --Federal Home Ln Mtg Corp Notes | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Federal Home Ln Mtge Crp Notes | | | | | | | | | |
| 257. --Federal Natl Mtg Assoc Sub Notes | | | | | | | | | |
| 258. --General Motors Accept CP Global Bonds | | | | | | | | | |
| 259. --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 260. --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 261. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 262. --Target Corp. Notes | | | | | | | | | |
| 263. --American Express, com. | | | | | | | | | |
| 264. --BP PLC, ADR | | | | | | | | | |
| 265. --Bell South, com. | | | | | Sell | 02/25 | K | | |
| 266. --Citigroup, com. | | | | | Add'l Buy | 02/25 | J | | |
| 267. --ChevronTexaco, com. | | | | | | | | | |
| 268. --KO, com. | | | | | | | | | |
| 269. --Exxon Mobil, com. | | | | | | | | | |
| 270. --Freddie Mac, com. | | | | | Part Sell | 02/25 | K | | |
| 271. --Fannie Mae, com. | | | | | Part Sell | 02/25 | K | | |
| 272. | | | | | Sell | 11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --GE, com. | | | | | | | | | |
| 274. --INTC, com. | | | | | | | | | |
| 275. --IBM, com. | | | | | Part Sell | 11/18 | | | |
| 276. --J.P. Morgan Chase, com. | | | | | | | | | |
| 277. --JNJ, com. | | | | | | | | | |
| 278. --LLY, com. | | | | | | | | | |
| 279. --Marsh & McLennan, com. | | | | | | | | | |
| 280. --Merck, com. | | | | | | | | | |
| 281. --PEP, com. | | | | | | | | | |
| 282. --Pfizer, com. | | | | | | | | | |
| 283. --UPS, com. | | | | | | | | | |
| 284. --WMT, com. | | | | | | | | | |
| 285. --Walgreen, com. | | | | | Part Sell | 02/25 | J | A | |
| 286. --General Electric Cap. Corp. Notes | | | | | | | | | |
| 287. --American Intl. Group, com. | | | | | | | | | |
| 288. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 289. --Microsoft Corp., com. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000
(See Column C2) Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Altria Group, com. | | | | | | | | | |
| 291. --Medco Health, com. | | | | | Sell | 02/25 | J | A | |
| 292. --Time Warner, com. | | | | | | | | | |
| 293. --Bank of America, com. | | | | | Add'l Buy | 02/25 | J | | |
| 294. --Fed. Farm Bank Callable Bonds | | | | | | | | | |
| 295. --Fed Nat'l Mtg Ass'n Callable Notes | | | | | | | | | |
| 296. --Ameriprise Finl Inc., com. | | | | | Dividend | 10/03 | J | | spin off from Amer. Exp. |
| 297. --Automatic Data Proc., com. | | | | | Buy | 11/18 | J | | |
| 298. --Emerson Elec. Co., com. | | | | | Buy | 02/25 | K | | |
| 299. --HSBC Hldg PLC, com. | | | | | Buy | 02/25 | K | | |
| 300. --Occidental Pete Corp. Cal., com. | | | | | Buy | 02/25 | J | | |
| 301. --Fed Nat'l Mtg Assoc. Callable Notes | | | | | Buy | 02/25 | M | | |
| 302. CASH ACCOUNTS IN IRA ROLLOVER ACCT. #2: | | | | | | | | | |
| 303. --ML Bank & Trust RASP | | | | | | | | | |
| 304. --ML Bank USA RASP | | | | | | | | | |
| 305. Vanguard 500 Index Fund Rollover Shares | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 08/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part VII, page 4, lines 14 and 15: The year-end values of CNL Retirement Properties REIT and CNL Hospitality Properties REIT, which are real estate investments that are not publicly traded securities, are reported at cost.

(2) Part VII, page 10, line 113: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _August 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544